■ MEDIA CORPORATION OF AMERICA, Appellant-Respondent, v MINNETONKA, INC., Respondent-Appellant, et al., Defendant. —Judgment, Supreme Court, New York County (David B. Saxe, J.), entered on May 11, 1990, unanimously affirmed for the reasons stated by Saxe, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Wallach and Smith, JJ.